UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6313** **CR-FERGUSON**

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(d)
18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(3)(B)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
       v.                           )
                                    )
KEVIN C. THELEN,                    )
                                    )
            Defendant.              )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT I

From at least as early as on or about September 7, 1998, through on or about April 5, 2000, in Broward County, in the Southern District of Florida, the defendant,

**KEVIN C. THELEN,**

did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in, and did knowingly attempt to do so, and did knowingly have and attempt to have a minor assist another person to engage in, sexually explicit conduct for the purpose of producing



a visual depiction of such conduct, knowing and having reason to know that such visual depiction, having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, would be transported in interstate and foreign commerce and mailed, and that such visual depiction had actually been transported in interstate and foreign commerce and mailed; all in violation of Title 18, United States Code, Sections 2251(a) and (d) and 2.

### COUNT II

AJ JR

From at least as early on or about September 7, 1998, through on or about April 5, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KEVIN C. THELEN,**

did knowingly transport and ship and attempt to transport and ship, in interstate and foreign commerce, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1) and 2.

### COUNT III

From at least as early as on or about September 7, 1998, through on or about April 5, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KEVIN C. THELEN,**

did knowingly distribute and attempt to distribute visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, that had been mailed, shipped and transported in interstate and foreign commerce and which contained materials that had been mailed, shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1) and 2.

## COUNT IV

From at least as early as on or about September 7, 1998, through on or about April 5, 2000, in Broward County, in the Southern District of Florida, the defendant,

**KEVIN C. THELEN,**

did knowingly possess with intent to sell visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had mailed, shipped and transported in interstate and foreign commerce, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(3)(B) and 2.

## COUNT V

From at least as early as on or about September 7, 1998, through on or about April 5, 2000, in Broward County, in the

- 3 -

Southern District of Florida, the defendant,

**KEVIN C. THELEN,**

did knowingly possess one or more videotapes and other material that contained three (3) or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| KEVIN C. THELEN | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)   Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
_X_ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __no__
   List language and/or dialect _____

4. This case will take __8__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)   (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | _X_ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __00-4662-SNOW__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*Kathleen Rice* (signature)

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                          REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name** KEVIN C. THELEN       Case No. _____

==================================       ==========================================

Count #: 1

PRODUCTION OF SEXUALLY EXPLICIT VISUAL DEPICTIONS OF MINORS

18 U.S.C. § § 2251(a) and (d)

**Max. Penalty:**       10 YEARS' MANDATORY MINIMUM TO 20 YEARS' IMPRISONMENT; $250,000 FINE

==========================================================================
Count #: 2

TRANSPORTATION OF SEXUALLY EXPLICIT VISUAL DEPICTIONS OF MINORS

18 U.S.C. § § 2252(a)(1) and (b)(1)

**Max. Penalty:**       15 YEARS' IMPRISONMENT; $250,000 FINE
==========================================================================
Count #: 3

DISTRIBUTION OF SEXUALLY EXPLICIT VISUAL DEPICTIONS OF MINORS

18 U.S.C. § § 2252(a)(2) and (b)(1)

**Max. Penalty:**       15 YEARS' IMPRISONMENT; $250,000 FINE
==========================================================================
Count #: 4

POSSESSION WITH INTENT TO SELL SEXUALLY EXPLICIT VISUAL DEPICTIONS OF MINORS

18 U.S.C. § 2252(a)(3)(B)

**Max. Penalty:**       15 YEARS' IMPRISONMENT; $250,000 FINE
==========================================================================
Count #. 5

POSSESSION OF SEXUALLY EXPLICIT VISUAL DEPICTIONS OF MINORS

18 U.S.C. § 2252(a)(4)(B)

**Max. Penalty:**       5 YEARS' IMPRISONMENT; $250,000 FINE
==========================================================================

Count #:

_____

**Max. Penalty:**
==========================================================================
==========================================================================


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.