## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KEVIN C. THELEN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6313**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KEVIN C. THELEN__

MAGISTRATE JUDGE
SNOW
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
PRODUCTION, TRANSPORTATION, DISTRIBUTION, POSSESSION WITH INTENT TO SELL AND POSSESSION OF SEXUALLY EXPLICIT DEPICTIONS OF MINORS

in violation of Title 18 United States Code, Section(s) 2251(a), (d), 2252(a)(1), (a)(2), (a)(3)(B), (a)(4)(B) and (b)(1)

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_[signature] Jenny Butler_
Issuing Officer

11/2/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 200,000 Corporate Surety Bond
with Nebbia

by BARRY S. SELTZER
MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest