# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by ___ D.C.
NOV 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | KEVIN THELEN (surrender) | CASE NO: | 00-6313-CR-FERGUSON |
| AUSA: | KATHLEEN RICE — pres | ATTY: | MARK SKIPPER, ESQ. /s/ Cole Aiken |
| AGENT: | | VIOL: | 18:2251 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 200,000 CSB w/NEBBIA |

BOND HEARING HELD: (yes) no   COUNSEL APPOINTED: _____

BOND SET @: 100,000  10%
             100,000  PSB

To be cosigned by: 2 cosigners

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed / or ____ x's a week/month by phone, ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☒ House Arrest ~~Halfway House~~

Deft Advised of Charges
No involvement w/ production of videos
No involvement w/ web site
No contact w/ minors under 18 w/out supv.
No computer or internet access/use

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-15 | 11 | Snow | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN OR REMOVAL: | 11-15 | 11 | Snow | |
| ~~STATUS CONFERENCE~~ Cosigners | 11-15 | 11 | Snow | |

DATE: 11-8-00   TIME: 11:00   FTL/LSS TAPE # 00 - 056   Begin: 958   End: 2187

recall 1319