UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #55539-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6313-CR-WDF
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
KEVIN C. THELEN )
Defendant

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11-8-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID CHILD PORNOGRAPHY

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 3-12-57

(6) Type of Charging Document: (check one)
[X] Indictment  [ ] Complaint  To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICE  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 11-8-00  (9) Arresting Officer: _____

(10) Agency: FBI  (11) Phone: _____

(12) Comments: _____