AO 442 (Rev. 12/85) Warrant for Arrest    AUSA RICE/SPECIAL AGENT BARROW (FBI)

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__    520183

UNITED STATES OF AMERICA

V.

KEVIN C. THELEN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6313**

CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KEVIN C. THELEN__

MAGISTRATE JUDGE
SNOW

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

charging him or her with (brief description of offense)
PRODUCTION, TRANSPORTATION, DISTRIBUTION, POSSESSION WITH INTENT TO SELL AND POSSESSION OF SEXUALLY EXPLICIT DEPICTIONS OF MINORS

in violation of Title __18__ United States Code, Section(s) __2251(a), (d), 2252(a)(1), (a)(2), (a)(3)(B), (a)(4)(B) and (b)(1)__

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_Penny Butler_
Issuing Officer

11/2/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __200,000 Corporate Surety Bond__    by __MAGISTRATE JUDGE__
with Nebbia                                              BARRY S. SELTZER
                                                         Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

Surrender to USMS, Ft. Lauderdale, FL

| DATE RECEIVED 11/2/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 11/8/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

