# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: KEVIN THELEN (B)  CASE NO: 00-6313-CR-FERGUSON
AUSA: KATHLEEN RICE *pres*  ATTY: MARK SKIPPER, ESQ. - *Peter Aike*
AGENT:  VIOL:
PROCEEDING: INQ RE COUNSEL / ARRAIGNMENT  RECOMMENDED BOND:
*Cosign Bond + post 10%*
BOND HEARING HELD - yes / no  COUNSEL APPOINTED:
BOND SET @:  To be cosigned by:

FILED by *fkv* D.C.
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

*Deft needs more time to hire counsel*

*Cosignatures were obtained + 10% cash was posted.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-21 | 11 AM | Seltzer | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 11-15-00  TIME: 11:00  FTL/LSS TAPE # 00 - 058  Begin: 876  End: 954