**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

        Plaintiff,

v.

        APPEARANCE BOND:_____

        CASE NO.: **00-6313-CR-FERGUSON**

KEVIN THELEN

_____ Defendant _____/

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ _100,000_ _personal surety_

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands**.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal laws

**DEFENDANT: KEVIN THELEN**
**CASE NO:    00-6313-CR-FERGUSON**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.
_X_ b. Report to Pretrial Services as follows: _____ times a week / month by phone _____
      _____ times a week / month in person    other: _as directed_
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law and any treatment as deemed necessary by Pretrial Services.
___ d. Maintain or actively seek full-time gainful employment.    No contact w/minor
___ e. Maintain or begin an educational program.                  under 18 w/out
___ f. Avoid all contact with victims of or witnesses to the crimes charged.    supervision
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
_✓_ h. Comply with the following additional conditions of this bond: _House arrest, no involvement_
_w/ production of videos; no involvement of web-site; no computer or internet_

### PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT _access_

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was release in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: KEVIN THELEN
CASE NO:   00-6313-CR-FERGUSON

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 8TH day of NOVEMBER, 2000, at Ft. Lauderdale, Florida.
Signed and acknowledged before me:      DEFENDANT: (Signature) Kevin C. Thelen
WITNESS: _____      ADDRESS: 1200 SE 11ST
ADDRESS: _____      FT. Lauderdale   ZIP 33316
_____ ZIP _____      TELEPHONE: (954) 523-6847

### CORPORATE SURETY

Signed this ___ day of _____, 20 ___, at _____, Florida.
SURETY: _____      AGENT: (Signature) _____
ADDRESS: _____      PRINT NAME: _____
_____ ZIP _____      TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 20 ___, at _____
SURETY: (Signature) _____      SURETY: (Signature) _____
PRINT NAME: _____      PRINT NAME: _____
RELATIONSHIP                             RELATIONSHIP
  TO DEFENDANT: _____    TO DEFENDANT: _____
ADDRESS: _____          ADDRESS: _____
TELEPHONE: _____        TELEPHONE: _____

### APPROVAL BY COURT

Date: 11-15-00                  _Lurana S. Snow_
                                UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Copy for Judge, Pretrial Services

CASE NO. _00-6313 CR Ferguson_

COUNTY OF _BROWARD_ )
)
STATE OF _FLORIDA_ )

Being first duly sworn, I hereby state that I have been asked to sign a $ _100,000_ personal surety bond on behalf of _Kevin Thelen_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this _14th_ day of _NOVEMBER_, 2000.

X _Chad McIntyre_

_CHAD MCINTYRE_
Name

_3000 E Sunrise Blvd  156_
Address

_Fort Lauderdale Florida 33304_

Sworn to and subscribed before me this _14th_ day of _NOVEMBER_, 2000.

_Debora V. Israel_
NOTARY PUBLIC

My Commission Expires:



Debora V. Israel
MY COMMISSION # CC743377 EXPIRES
June 1, 2002
BONDED THRU TROY FAIN INSURANCE, INC

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL  33301

CASE NO. *CO-6313-CR-Ferguso*.

COUNTY OF *BROWARD* )
)
STATE OF *FLORIDA* )

Being first duly sworn, I hereby state that I have been asked to sign a $ *100,000* personal surety bond on behalf of *Kevin Thelen* and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America. *(PERSONAL GUARANTEE ONLY)*

*THIS GUARANTEE DOES NOT INCLUDE ANY CORPORATE ASSETS OWNED BY THE UNDERSIGNED INCLUDING ANY AND ALL PROFIT SHARING FUNDS.*

Dated this *14th* day of *NOVEMBER*, 20 *00*.



ELENA JACOB
COMM. #1235026
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp September 17, 2003

Name _____
*621 Dover Park Dr. #C1*
Address
*Newport Beach, CA 92663*

*STATE OF CALIFORNIA*
*COUNTY OF LOS ANGELES*

Sworn to and subscribed before me this *14th* day of *NOVEMBER*, 20 *00*.

_____
NOTARY PUBLIC

My Commission Expires:
*Sept 17th - 2,003*

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL 33301