U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: Kevin Thelan (B) | CASE NO: 00-6313-CR-Ferguson |
| AUSA: Kathleen Rice /Stefin/ | ATTNY: Mark Skipper/Pete Aiken |
| AGENT: | VIOL: not present |
| PROCEEDING: Inquiry re counsel | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |
| BOND SET @ | |
| CO-SIGNATURES: | NOV 21 00 |
| SPECIAL CONDITIONS: | |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
    _____ Electronic Monitoring

A - needs more time
Matter reset

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 12-5-00 | 11:00 | SNOW |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-5-00 | 11:00 | SNOW |
| STATUS CONFERENCE: | | | |
| DATE: 11-21-00 | TIME: 11:00am 1:00pm | TAPE #00-091 | PG # 1 |

206 9-2170   10