## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: KEVIN THELAN (B)   CASE NO: 00-6313-CR-FERGUSON
AUSA: KATHLEEN RICE *Thompson*   ATTY: CHRIS GRILLO - *perm*
AGENT:   VIOL:
PROCEEDING: INQ RE CNSL / ARRAIGNMENT   RECOMMENDED BOND:
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by:

FILED by DEC 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

**Reading of Indictment Waived**
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Discovery Order requested**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 12-29 | 11 | FSS | |

DATE: 12/7/00   TIME: 11:00   FTL/LSS TAPE # 00 - 067   Begin: 2006   End: 2078