UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6313-CR-FERGUSON

UNITED STATES OF AMERICA

vs

KEVIN THELAN

ARRAIGNMENT INFORMATION SHEET

FILED by D.C.
DEC - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name: ____CHRIS GRILLO, ESQ._____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $____CON'T AS SET_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __7TH__ day of __DECEMBER_____,2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By:_Donny Butler_____
                                    Deputy Clerk
                                Tape No.___00-_06d_____

cc: Copy for Judge
    U. S. Attorney

/12