UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. #00-6313Cr-Ferguson

    Plaintiff,                          JUDGE:  FERGUSON

v.                                       MAG. SNOW

KEVIN C. THELEN,

    Defendant.
_____/

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

    PLEASE ENTER the appearance of CHRISTOPHER A. GRILLO, as Counsel of Record for the Accused, KEVIN C. THELEN, for the purposes of pretrial matters through Trial in the above styled case, and to forward any and all further correspondance or materials to the addresss below mentioned.

DATED: December 7, 2000

                              Respectfully submitted,

                              *[signature]*

                              CHRISTOPHER A. GRILLO, P.A.
                              Counsel for Accused
                              1 East Broward Boulevard, #700
                              Fort Lauderdale, FL 33301
                              (954) 524-1125
                              Florida Bar No. 302661

*[FILED stamp: DEC -7 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

*[handwritten: P 13]*