UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. #00-6313Cr-Ferguson

    Plaintiff,                  JUDGE: FERGUSON

v.

KEVIN THELEN,

    Defendant.

_____/

### EMERGENCY MOTION FOR TEMPORARY
### MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS

COMES NOW the Defendant, KEVIN THELEN, by and through his Undersigned counsel, hereby requests this Honorable Court grant him a temporary modification of his pre-trial release conditions, and as ground therefore would state:

1. The Defendant is currently under the supervision of Gavin Churchill of Pre-trial Release and is on house arrest.

2. At this time the Defendant would request this Court allow a temporary extension of his curfew on Monday, December 25, 2000 from 12:00 p.m. Noon to 7:00 p.m. to spend time with Mrs. Marie Buckely and family at their home located at 11440 N.W. 23rd Street, Pembroke Pines, Florida, 33026 for the Christmas holiday.

3. On December 22, 2000 Undersigned counsel contacted Pre-trial Officer Gavin Churchill who indicated he had no objection to his brief extension of curfew.

4. Undersigned counsel attempted to contact AUSA Kathleen Rice pursuant to Rule



10G, however she was unavailable for comment at the filing of this motion.

WHEREFORE, for the foregoing reasons, the Defendant would pray this Honorable Court grant this Motion.

I HEREBY CERTIFY that a copy of the foregoing Motion for Temporary Modification of Pre-trial Release Conditions has been provided to the Office of the United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida, as well as to Pretrial Services, 299 E. Broward Boulevard, Suite 301, Fort Lauderdale, Florida, this ___ day of December, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Defendant
Southtrust Tower, Suite 700
1 East Broward Boulevard
Fort Lauderdale, FL 33301
(954) 524-1125

_____
CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661
