HONORABLE MAGISTRATE JUDGE BARRY S. SELTZER

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT KEVIN THELAN  CASE NO: 00-6313-CR-FERGUSON
AUSA KATHLEEN RICE *pres*  ATTY CHRIS GRILLO *pres*

No pending motions - disc out  00-102
PT- M/dise Jan 22  @130

DEFT MARC ARTHUR GALLETTE  CASE NO: 00-6338-CR-DIMITROULEAS
AUSA LARRY BARDFELD *pres*  ATTY FPD *Dembe for Wilcox*

Disc out - No pending mots
Possible new counsel  @197
PT motions due Jan 15

DEFT_____  CASE NO:_____
AUSA Jan 15 trial  ATTY_____


DEFT_____  CASE NO:_____
AUSA_____  ATTY_____


DEFT_____  CASE NO:_____
AUSA_____  ATTY_____


DEFT_____  CASE NO:_____
AUSA_____  ATTY_____

DATE 12/29/00  TIME 11:00

18