UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6313-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

KEVIN THELAN,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on December 29, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order; supplemental discovery will be sent out either today or on the next business day. The Government further represented that there are no motions currently pending, that it is ready to proceed, and that this matter will require four to five days to try.

2.    Defense counsel stated that he has received the Government's discovery



1

response. He requested and was granted to and including January 22, 2001, to file pretrial motions.

DATED at Fort Lauderdale, Florida this ____ day of December 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Christopher Grillo, Esquire
One East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301-1843
Attorney for Defendant