UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6313-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA  )
                          )
                          )
                          )
v.                        )
                          )
KEVIN C. THELEN,          )
                          )
     Defendant.           )
_____)



## GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE
## TO THE STANDING DISCOVERY ORDER

The United States hereby files this second supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    5.    Attached are documents which the government intends to use as evidence at trial to prove its case in chief. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard,



Seventh Floor, Fort Lauderdale, Florida. Please call the undersigned to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

The attachments to this response are numbered pages 234 - 367. Attachment 362 consists of 91 pages. Attachment 367 consists of 81 pages. These attachments have not been filed with the Court. Please contact the undersigned Assistant United States Attorney if any pages are missing.

              Respectfully submitted,

              GUY A. LEWIS
              UNITED STATES ATTORNEY

By:   _[signature]_
              KATHLEEN RICE
              Assistant United States Attorney
              Florida Bar No. 100765
              500 East Broward Blvd., 7th Floor
              Fort Lauderdale, FL 33394
              Tel: (954) 356-7255, ext. 3512
              Fax: (954) 356-7336

cc: Special Agent Terri Patterson, FBI

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this ___22nd___ day of January, 2001, to Christopher Grillo, Esquire, One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

                                                                _____
                                                                 KATHLEEN RICE
                                                                 Assistant United States Attorney