UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN THELEN,

Defendant.

_____/

CASE NO. #00-6313Cr-Ferguson

JUDGE: FERGUSON

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE AND REQUEST FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS

COMES NOW the Defendant, KEVIN THELEN, by and through his Undersigned counsel, files this Notice of Conflict and Motion to Continue the Calendar Call and Trial Date, and for additional time to file pre-trial motions, and as grounds for this Motion hereby submits the following.

1. The above styled matter is scheduled for Calendar Call on Monday, January 22, 2001 at 3:15 p.m. with the two week trial call beginning on January 29, 2001. Pre-trial motions are presently due January 22, 2001.

2. Undersigned Counsel began a State Rico Jury Trial in the Seventeenth Judicial Circuit on January 3, 2001 before the Honorable Judge Alfred Horowitz in the matter of <u>State v. Ghanem, et al, Case No. 96-19226CF10</u>. Undersigned counsel represents Defendant Zeno in this RICO case consisting of Six (6) defendants which is approximately Four (4) years old. Said trial is anticipated to last approximately Eight (8) weeks.

3. On Friday, January 19, 2001 Undersigned counsel spoke with AUSA Kathleen Rice who indicated additional discovery materials were ready to be turned over, including Brady materials. These materials will be forwarded to Undersigned counsel on today's date.

4. Undersigned counsel would request an additional Seven (7) days time to review the supplemental discovery materials in order to file any and all pre-trial motions.

5. Undersigned counsel has contacted AUSA Kathleen Rice who has indicated she has no objection to a continuance, nor to Undersigned Counsel's request for additional time to file pre-trial motions.

WHEREFORE, for the foregoing reasons, the Defendant would ask this Honorable Court to postpone this matter for a later time, and to allow an additional Seven (7) days within which to file any and all pre-trial motions, or for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Continue, and Request for Additional Time to File Pre-Trial Motions has been provided by facsimile to Kathleen Rice, c/o the U.S. Attorney's Office, 299 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, this 22 day of January, 2001.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
Southtrust Tower, Suite 700
1 East Broward Boulevard
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661