UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. #00-6313Cr-Ferguson

Plaintiff,

JUDGE: FERGUSON

v.

KEVIN THELEN,

Defendant.

**MOTION TO MODIFY BOND**

_____/

COMES NOW the Defendant, KEVIN THELEN, by and through his Undersigned counsel, would ask this Honorable Court to modify his bond in the above styled matter, and as grounds for this Motion would submit as follows:

1. The Defendant was arrested on November 8, 2000 for charges alleging violations of 18 U.S.C. 2251.

2. At the first appearance, this Court released, inter alia, the Defendant on the following conditions:

a) $100,000.00 bail to be satisfied by posting 10% or $10,000.00 with registry of the court.

b) $100,000.00 Personal Surety to be cosigned by two (2) signatures.

c) House Arrest

d) No involvement with any Web Sites.

e) No involvement with production of any video.

f) No contact with minors under Eighteen (18) without supervision.

1



g) No computer or internet use or access.

3. As the Court is well aware, the Defendant is presently on Pretrial Release in the Circuit Court of Broward County, on related charges. The bond on those matters is as follows:

(A) One Hundred Thousand ($100,000.00) Dollar Corporate Surety Bond.

4. The Defendant has met all conditions of bond as set by this Court and the Broward State court.

5. The Defendant respectfully requests that the house arrest portion of his pre-trial release be modified to a curfew of 7:00 p.m. to 5:00 a.m. The Defendant seeks to obtain work in an appropriate area and this will allow him to seek and accept employment.

6. The Defendant has extensive work experience in telecom and data communications. It is anticipated that if he is able to find employment, it may well entail computer/internet access and use. The Defendant further requests that he be allowed to obtain a computer and have internet access, subject to the computer having a program (such as Netnanny, or Cybersitter) which will prevent internet access to any perceived illegal or pornographic materials. The internet would be used for personal banking, stock trading, and e-mail to family members out of State.

7. The Defendant of course understands that if he violates the law in any way, his bond is subject to revocation.

8. The Defendant requests permission to move to a new address as his present lease has expired. The Defendant will provide the necessary details to Pre-trial Services.

9. Undersigned counsel has contacted AUSA Kathleen Rice who objects to this motion at this time.

WHEREFORE, for the foregoing reasons, the Accused would pray this motion be granted and this Court modify his conditions of bond to enable him computer access to the internet, as

2

well as an extension of his curfew to seek employment.

I HEREBY CERTIFY that a copy of the foregoing Motion to Modify Bond has been provided by facsimile and U.S. mail to AUSA Kathleen Rice c/o the United States Attorney's Office, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, and to Gavin Churchill, c/o U.S. Pretrial Services, 299 E. Broward Boulevard, Suite 301, Fort Lauderdale, Florida, this 24 day of January, 2001.

<div style="margin-left:50%;">

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661

</div>

3