PS 8
(8/88)

# United States District Court
for

## SOUTHERN FLORIDA

U. S. A. vs. THELEN, KEVIN                     Docket No. 00-6313-CR-FERGUSON

**Petition for Action on Conditions of Pretrial Release**

COMES NOW <u>GAVIN B. CHURCHILL</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>KEVIN THELIN</u> who was placed under pretrial release supervision by the Honorable <u>LURANA S. SNOW</u> sitting in the court at <u>FT. LAUDERDALE</u>, on the <u>8TH</u> day of <u>NOVEMBER</u>, 2000 under the following conditions:

1. Report as directed by Pretrial Services;
2. No contact with minors under 18 without supervision;
3. House arrest;
4. No involvement with production of videos;
5. No involvement with web-site; and
6. No computers or Internet access.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS
(If short insert here; if lengthy write on separate sheet and attach)

On January 26, 2001 the defendant filed with the United States Pretrial Services Office a document entitled "Letter of Intent For Purchase of Website Business" for the purchase of Jerkoffboys.com. The defendant reported that this is the sales contract Kevin Thelen and Brian Cohn.

However, upon review of the website "Jerkoffboys.com on January 26, 2001, the defendant is still listed as the "Custodian of Records".

**PRAYING THAT THE COURT WILL ORDER A RULE TO SHOW CAUSE HEARING.**

ORDER OF COURT

Considered and ordered this __29__ day of __Jan. 2001__ and ordered filed and made a part of the records in the above case.

_Lurana S. Snow_
Honorable Lurana S. Snow
U. S. Magistrate Court Judge

Respectfully,

_Gavin B. Churchill_
U.S. Pretrial Services Officer

Place __FT. LAUDERDALE, FLORIDA__

Date __01/29/2001__

