## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | KEVIN THELEN (B) | CASE NO: | 00-6313-CR-Ferguson |
| AUSA: | Kathleen Rice | ATTY: | Chris Grillo |
| AGENT: | PTS: Gavin Churchill | VIOL: | |
| PROCEEDING: | I/A - Bond Violation | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by _OJ_ D.C.
FEB - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

motion to modify Bond by defendant; denied w/o prejudice.

- Defendant must submit proof of sale of internet company.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 2/6/01    TIME: 11:00    FTL/LSS TAPE # 01 - O10    Begin: 1127    End: 1480

27