

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6313-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )
                            )
KEVIN C. THELEN,            )
                            )
     Defendant.             )
_____)

## GOVERNMENT'S THIRD SUPPLEMENTAL RESPONSE
## TO THE STANDING DISCOVERY ORDER

The United States hereby files this third supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    C.    Attached is information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976) or which constitutes statements of prospective government witnesses under *Jencks*.



      The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

    The attachment to this response is numbered 368 and consists of 106 pages. This attachment has not been filed with the Court. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                                            Respectfully submitted,

                                            GUY A. LEWIS
                                            UNITED STATES ATTORNEY

                    By:   _____
                            KATHLEEN RICE
                            Assistant United States Attorney
                            Florida Bar No. 100765
                            500 East Broward Blvd., 7th Floor
                            Fort Lauderdale, FL 33394
                            Tel: (954) 356-7255, ext. 3512
                            Fax: (954) 356-7336

cc:  Special Agent Terri Patterson,
     FBI

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 28th day of February, 2001, to Christopher Grillo, Esquire, One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

*[signature]*
KATHLEEN RICE
Assistant United States Attorney

3