**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | KEVIN THELAN (B) | CASE NO: | 00-6313-CR-FERGUSON |
| AUSA: | KATHLEEN RICE /O'Malley | ATTY: | CHRIS GRILLO, ESQ. (pres) |
| AGENT: | | VIOL: | |
| PROCEEDING: | BOND VIOLATION / MOTION TO MODIFY BOND | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED by [illegible] D.C. MAR -8 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Hearing held - Counsel gave explanation of transfer of ownership of web site. Defendant requested that house arrest be deleted & that deft be allowed to use computer. Deft will be allowed to go look for employment w/ Notification to PTS & if he becomes employed a curfew will be set.

| | | | | | |
|---|---|---|---|---|---|
| NEXT COURT APPEARANCE: | | DATE: | TIME: | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL: | | | | | |
| PTD/BOND HEARING: | | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | | |
| STATUS CONFERENCE: | | | | | |
| DATE: 3/8/01 | TIME 11:00 | FTL/LSS TAPE # 01 - 013 | | Begin: 283 | End: 766 |

31