**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*MAY 14 2001*

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6313-CR-WDF__  Date: __May 14, 2001__
Clerk: __Deloris McIntosh__  Reporter: _Anita LaRocca_
USPO: _____  Interpreter: __None__
**UNITED STATES OF AMERICA vs.** __KEVIN THELEN (B)__

AUSA: __Kathleen Rice__
Defendant(s) Counsel: __Chris Grillo, Esq__

Defendant(s)  Present_____  Not Present __✓__  In Custody_____
Reason for hearing: __CALENDAR CALL__

Result of hearing: _ON Standby foR JuRy TRial Next week_

Case Continued to:_____  Time:_____ A.M. _____

