0-cr-06313-AJ   Document 34   Entered on FLSD Docket 05/16/2001   Pa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. #00-6313Cr-Ferguson

  Plaintiff,                         JUDGE:   FERGUSON

v.

KEVIN THELEN,

  Defendant.

**NIGHT BOX FILED**
MAY 15 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

_____/

### DEFENDANT'S NOTICE OF CONFLICT
### AND MOTION TO CONTINUE

COMES NOW the Defendant, KEVIN THELEN, by and through his Undersigned counsel, files this Notice of Conflict and Motion to Continue, and as grounds for this Motion hereby submits the following:

1. The above styled matter is scheduled for Calendar Call on May 14, 2001. Undersigned counsel did not receive notice of this calendar call date and was only made aware of it afterwards by a telephone call from AUSA Kathleen Rice. Ms. Rice also indicated that the trial in this matter was placed on Standby status for Monday, May 21, 2001.

2. On May 8, 2001 Undersigned counsel began Jury Selection on a federal Jury Trial in Miami, Florida, before the Honorable Judge Patricia Seitz, in the matter of USA v. Cook. Trial resumed on Monday, May 14, 2001 and is anticipated to last approximately two (2) weeks from today's date.

3. Undersigned counsel has contact ASA Kathleen Rice who has indicated no objection to a continuance of this matter on the aforementioned grounds.



WHEREFORE, for the foregoing reasons, the Defendant would ask this Honorable Court to postpone this matter for a later time, or for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a copy of the foregoing Notice of Conflict and Motion to Continue has been provided to the Office of the United States Attorney, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33301, this 15 day of May, 2001.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661