|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA, | CASE NO. #00-6313Cr-Ferguson |
| Plaintiff, | JUDGE: FERGUSON |
| v. | MAG. SNOW |
| KEVIN THELEN, |  |
| Defendant. |  |
| _____/ |  |

## AFFIDAVIT FOR ASSIGNMENT OF BOND

I, , KEVIN THELEN, the Defendant in this matter, Social Security #365662191, hereby release all my interest in the Ten Thousand ($10,000.00) Dollars which I posted on November 15, 2000 with the Clerk, United States Federal Court as Ten (10%) percent of my One Hundred Thousand ($100,000.00) Dollar personal surety bond, under Check Number 23-391/102 303778299, Clerk's Receipt No. 401-520944, to Christopher A. Grillo, P.A.

This bond is a result of charges pending against Kevin Thelen in the United States District Court, Southern District of Florida which include a violation of 18 U.S.C. 2251(a) and related charges.

I am the only one who has interest in this money and I hereby turn over all interest to my attorney, CHRISTOPHER A. GRILLO, P.A. at One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33301. This assignment is non-revocable and I



hereby instruct the Clerk of the Court, United States District Court, Southern District of Florida to release to CHRISTOPHER A. GRILLO, P.A. the entire sum of money they are presently holding as soon as my charges are disposed of and they are released from liability as is appropriate to their business.

_____           *Kevin C. Thelen*
                                    KEVIN THELEN

STATE OF FLORIDA      )
COUNTY OF BROWARD     )

SWORN AND SUBSCRIBED before me this 5th day of February, 2001 by the aforementioned Affiant who is personally known to me, or who did produce identification, to wit: KNOWN

*Nancy C. Langgood*
NOTARY PUBLIC

NANCY C. LANGGOOD
MY COMMISSION # CC 809879
EXPIRES 03/05/2001
1-800-3-NOTARY   Fla. Notary Services & Bonding Co.



```
Wed Nov 15 10:06:51 2000

   UNITED STATES DISTRICT COURT

   MIAMI          , FL

Receipt No.   401 520944
Cashier         liz

Tender Type  CHECK

Check Number: 23-391/102 303778299

Transaction Type   C

Case No./Def No. 0:99-CR-000000/   0

DO Code    Div No     Acct
 4600        0        604700

Amount           $ 10000.00

KEVIN THELEN, 1200 SE 11 ST, FT LAUD, FL
 33316 (SSI#365662191)

00CR6313/WDF/10% CASH BOND/LSS/KEVIN THE
LEN




Wed Nov 15 10:06:51 2000

Check No. 23-391/102 303778299
Amount $ 10000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```