UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. #00-6313Cr-Ferguson

Plaintiff,

JUDGE: FERGUSON

v.

KEVIN THELEN,

Defendant.

_____/

### DEFENDANT'S NOTICE OF CONFLICT AND MOTION TO CONTINUE

COMES NOW the Defendant, KEVIN THELEN, by and through his Undersigned counsel, files this Notice of Conflict and Motion to Continue, and as grounds for this Motion hereby submits the following:

1. On July 18, 2001 Undersigned counsel received notice that the above styled matter is scheduled for Calendar Call August 6, 2001 with a Trial Date during the two week period beginning August 13, 2001.

2. Undersigned counsel is presently engaged in a First Degree Murder Trial which began on July 23, 2001 in the Seventeenth Judicial Circuit, and is anticipated to last through July 26, 2001.

3. Undersigned counsel is scheduled for Date Certain to begin a federal trial in the Middle District of Florida, Jacksonville Division, on Monday, August 6, 2001 at 10:00

a.m. before the Honorable Judge Howell Melton. Said trial is anticipated to last approximately Four (4) working days.

    4. Undersigned counsel has longstanding, pre-paid vacation plans with his family to travel out of State from August 9, 2001 through August 20, 2001.

    5. Undersigned counsel is scheduled for Date Certain to begin a First Degree Murder trial on Monday, August 20, 2001 in the matter of State v. Bello, before the Honorable Judge Daniel True Andrews in the Southern District of Florida. Said trial is anticipate to last one (1) week.

    6. Undersigned counsel has two (2) appellate briefs which are presently due: USA v. Williams, to the Eleventh Circuit Court of Appeals which is due on July 30, 2001, and Jones v. State, to the Third District Court of Appeals which is due now.

    7. For the foregoing reasons, Undersigned counsel cannot possibly be adequately prepared to move forward to trial in the above styled matter during the two (2) week period beginning August 13, 2001.

    8. Undersigned counsel has contacted AUSA Kathleen Rice who has no objection to a continuance on the grounds mentioned above.

    9. This motion is not for purposes of delay, or for any other reason not known to this Court.

WHEREFORE, for the foregoing reasons, the Defendant would ask this Honorable Court to postpone the calendar call and trial date in this matter for a later time, or for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a copy of the foregoing Notice of Conflict and Motion to Continue has been provided to Kathleen Rice, c/o the Office of the United States Attorney, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33301, this 26 day of July, 2001.

                                          Respectfully submitted,

                                          CHRISTOPHER A. GRILLO, P.A.
                                          Counsel for Accused
                                          1 East Broward Boulevard, #700
                                          Fort Lauderdale, FL 33301
                                          (954) 524-1125

                                          _____
                                          CHRISTOPHER A. GRILLO, ESQ.
                                          Florida Bar No. 302661