**CRIMINAL MINUTES**

AUG 6 ...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6313-CR-WDF__   Date: __August 6, 2001__
Clerk: ~~Troy Walker~~ D. M<sup>c</sup>Intosh  Reporter: __Stephen Franklin__
USPO: _____  Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __KEVIN THELEN (B)__

AUSA: __Kathleen Rice / Bruce Brown__
Defendant(s) Counsel: __Chris Grillo, Esq.,__

Defendant(s) Present _____ Not Present __X__ In Custody _____
Reason for hearing: __CALENDAR CALL__

Result of hearing: *Motion to Continue granted*

Case Continued to: __10/1/01__ Time: __3:15__ P.M. *Calendar Call*

38