**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6313-CR-WDF__      Date: __October 1, 2001__

Clerk: __Deloris McIntosh__   Reporter: __Stephen Franklin__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __KEVIN THELEN (B)__

AUSA: __Kathleen Rice__

Defendant(s) Counsel: __Chris Grillo, Esq.,__

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: __CALENDAR CALL__

Result of hearing: _Motion for Continuance granted_

Case Continued to: **11/3/01** Time: **3:15** P.M. _Calendar Call_