| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>Vs.<br><br>KEVIN THELEN , (B)<br>Defendant.<br>_____/ | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>Case No. 00-6313-CR-FERGUSON |

### ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed by the parties, in open court, on October 1, 2001. The Court having considered the motion, therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **November 19, 2001, and Calendar Call is scheduled for 3:15 p.m. on Tuesday, November 13, 2001** before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (10/1/01 to 11/13/01) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _5th_ day of October 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies Kathleen Rice, AUSA, and Chris Grillo, Esq.,

