CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6313-CR-WDF__         Date: __November 13, 2001__

Clerk: __Deloris McIntosh__    Reporter: __Patricia Sanders__

USPO: _____    Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __KEVIN THELEN, (B)__

AUSA: __Kathleen Rice__

Defendant(s) Counsel: __Chris Grillo, Esq.,__

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: __CALENDAR CALL__

Result of hearing: __4-5 Day Trial; Oral motion to continue granted__

Case Continued to: __11/26/01__ Time: __3:15__ P.M. __Calendar Call__