# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6313-CR-WDF__   Date: __November 26, 2001__

Clerk: __Deloris McIntosh__   Reporter: __Patricia Sanders__

USPO: ____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __KEVIN THELEN, (B)__

AUSA: __Kathleen Rice__

Defendant(s) Counsel: __Chris Grillo, Esq.,__

Defendant(s) Present____ Not Present __X__ In Custody____

Reason for hearing: __CALENDAR CALL__

Result of hearing: __Oral motion for continuance granted__

Case Continued to: __2/4/02__ Time: __3:15__ P.M. __Calendar Call__

44