PS 8
(8/88)

# United States District Court
## for
## SOUTHERN FLORIDA



U. S. A. vs. THELEN, KEVIN                    Docket No. 00-6313-CR-FERGUSON

### Petition for Action on Conditions of Pretrial Release

COMES NOW GAVIN B. CHURCHILL PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant KEVIN THELIN who was placed under pretrial release supervision by the Honorable LURANA S. SNOW sitting in the court at FT. LAUDERDALE, on the 8TH day of NOVEMBER, 2000 under the following conditions:

1. Report as directed by Pretrial Services;
2. No contact with minors under 18 without supervision;
3. House arrest;
4. No involvement with production of videos;
5. No involvement with web-site; and
6. No computers or Internet access.

On March 8, 2001 Your Honor modified the defendant bond for the defendant to seek employment and obtain employment with notification to Pretrial Services. Pretrial Services to modify curfew hours due to employment as deemed necessary.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On January 11, 2002 the defendant was arrested by the Hallendale Police Department at 8:25 p.m. for Unauthorized Possession of a Blank/Forged/Stolen Drivers License in Case # 02-626CF10A.
Bond has been set at $1,000 and the defendant is in custody at the Broward County Jail. The defendant's next court date has not been set at this time.

Furthermore, violated his curfew in that, he was not at his approved work address of 817 East Las Olas Blvd in Ft. Lauderdale, Florida as evidenced by his above arrest.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE REVOKED AND A WARRANT ISSUED FOR THE DEFENDANT'S ARREST**

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 15th day of January, 2002 and ordered filed and made a part of the records in the above case. | Gavin B. Churchill U.S. Pretrial Services Officer |
| Honorable Lurana S. Snow U. S. Magistrate Court Judge | Place   FT. LAUDERDALE, FLORIDA  Date   01/15/2002 |