AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida

**United States of America**
**v**
**KEVIN THELEN**



## WARRANT FOR ARREST
Case Number:   00-6313-CR-FERGUSON

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   __KEVIN THELEN__

and bring him or her forthwith to the nearest magistrate to answer a(n)
__Indictment   __Information   __Complaint   __Order of Court   __Violation Notice   **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

On January 11, 2002 the defendant was arrested by the Hallendale Police Department at 8:25 p.m. for Unauthorized Possession of a Blank/Forged/Stolen Drivers License in Case # 02-626CF10A.
Bond has been set at $1,000 and the defendant is in custody at the Broward County Jail. The defendant's next court date has not been set at this time.   Furthermore, violated his curfew in that, he was not at his approved work address of 817 East Las Olas Blvd in Ft. Lauderdale, Florida as evidenced by his above arrest.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE REVOKED AND A WARRANT ISSUED FOR THE DEFENDANT'S ARREST**

in violation of Title   __18__   United States Code, Section(s)   __3148__

| | |
|---|---|
| Gavin B. Churchill | United States Pretrial Services Officer |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 01/15/2002   Ft Lauderdale |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ __NO BOND__ | By *[signature]* |
| | Name of Judicial Officer |

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at |
|---|

| DATE RECEIVED | | |
|---|---|---|
| | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER<br>DATE OF ARREST |
| | | |