CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _HB_ D.C.
FEB 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE   WILKIE D. FERGUSON, JR.   Presiding

Case No. _00-6313_ -CR-FERGUSON    Date: February 4, 2002

Clerk:  Karen Gardner    Reporter: _Anita La Rocca_

USPO: _____    Interpreter: None

UNITED STATES OF AMERICA vs. _Kevin Thelen_

AUSA:    Kathleen Rice

Defendant(s) Counsel:, Chris Grillo, Esq.,

Defendant(s)   Present____   Not Present _X_   In Custody____

Reason for hearing: **CALENDAR CALL**

Result of hearing:
_Continued to C.O.P._

Case Continued to: _2/13/02_  Time: _9:00 A.M._ _Change of Plea._