

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff(s)

vs.

KEVIN THELEN (B)

Defendant(s).
_____/

Case No. 00-6313-CR-FERGUSON

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **CHANGE OF PLEA** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on February 13, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ____ day of February 2002.

KAREN GARDNER
DEPUTY CLERK

copies provided:
Kathleen Rice, AUSA
Chris Grillo, Esq.,