UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 006313-CR--FERGUSON

UNITED STATES OF AMERICA

        Plaintiff,

v.

KEVIN THELEN,

        Defendant.
_____/

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1.    It appearing from the petition of the United States of America, that the defendant in the above case, KEVIN THELEN, confined in the Browrd County Jail, Ft. Lauderdale, Florida, and that the case is set for a Change of Plea Hearing as to said defendant at Ft. Lauderdale, Florida on February 13, 2002 at 9:00 a.m., and that it is necessary for said defendant to be before this Court for said proceeding.

2.    KEVIN THELEN, DOB 03/12/57, Arrest Number 580200040, is now confined in the Broward County Jail, Ft. Lauderdale, Florida.

3.    It is necessary to have said defendant before this Court for a Change of Plea Hearing



**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said KEVIN THELEN and have subject before this Court at the time and place above specified, then and there as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said KEVIN THELEN into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. ATTORNEY (Rice)