UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

FEB 1 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA         Case No. 00-6313-CR-FERGUSON

    Plaintiff(s)

vs.

KEVIN THELEN (B)

    Defendant(s).
_____/

### NOTICE RE-SETTING HEARING

PLEASE TAKE NOTICE that the above-styled Cause has been set for a **CHANGE OF PLEA** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301**, on **February 14, 2002** at 11:00 A.M. Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _____ day of February 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies provided:
Kathleen Rice, AUSA
Chris Grillo, Esq.,