UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*FILED by ___ D.C.*
*FEB 13 2002*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

**UNITED STATES OF AMERICA**                    Case No. 00-6313-CR-FERGUSON

   Plaintiff(s)

vs.

**KEVIN THELEN (B)**

   Defendant(s).
_____/


### NOTICE RE-SETTING HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **CHANGE OF PLEA** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on March 13, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this __13th__ day of February 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies provided:
Kathleen Rice, AUSA
Chris Grillo, Esq.,