FILED by _____ D.C.

MAR 13 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6313-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN THELEN (J)

    Defendant.
_____/

MINUTES CHANGE OF PLEA

On March 13, 2002, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Chris Grillo, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) THREE (3) of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

    ( )    The Court proceeded to pronounce sentence.

    (X)    The Court postponed sentencing until **May 24, 2002** 9:00 a.m.,

    ( )    and the defendant was allowed to remain on present bond until then;

    ( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

    (X)    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

AUSA Kathleen Rice
Reporter Stephen Franklin
Clerk Karen Gardner

Bond Issue
- Heard at time of Change of Plea
- The Court revoked Bond
- Order will follow