UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6313-CR-FERGUSON/SNOW

FILED by _____ D.C.
MAR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

KEVIN C. THELEN
_____/

## ORDER

This matter is before the Court upon the Government's Motion To Revoke Bond. The Court, having reviewed the Petition by Pre Trial Services, and having heard the government's proffer, finds that the defendant has violated the conditions of bond. After careful consideration, it is hereby

ORDERED AND ADJUDGED the defendant, Kevin C. Thelen's bond is revoked.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this 15th day of March, 2002.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:   AUSA Kathleen Rice
      Chris Grillo, Esq.
      U.S. Marshal Service
      Gavin Churchill, Pre Trial Services