UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6313Cr-Ferguson

    Plaintiff,   JUDGE: FERGUSON

v.

KEVIN THELEN,

    Defendant.
_____/

### MOTION FOR DISBURSEMENT OF APPEARANCE BOND

COMES NOW the Defendant, KEVIN THELEN, by and through his Undersigned Counsel, would request this Court disburse his bond in this matter to his attorney, Christopher A.Grillo, P.A., and as grounds therefore would submit as follows:

1. The Defendant has pled before the Honorable Judge Wilkie D. Ferguson on March 13, 2002, and is currently incarcerated at the Federal Detention Center awaiting sentencing.

3. On November 15, 2000 the Defendant, Kevin Thelen, posted Ten Thousand ($10,000.00) Dollars (10% of a $100,000.00 dollar personal surety bond) to bond himself out in the above styled matter. (See receipt #401520944 attached hereto as Exhibit A)

4. Mr. Thelen violated his pretrial release conditions and his bond was subsequently revoked. (See Order attached hereto as Exhibit B) He has since pled to a prison sentence and is currently incarcerated awaiting sentencing. His social security number is #365662191.

5. On February 5, 2001 the Defendant in this matter executed an Affidavit for Assignment of Bond, releasing all interest in his Ten Thousand ($10,000.00) Dollar bond to Undersigned Counsel as partial payment of his legal fee. (See Affidavit for Assignment of Bond



attached hereto as Exhibit C)

6. Since the Defendant's case has been completed and the Defendant has been remanded, Undersigned counsel would respectfully request this Honorable Court disburse the Defendant's bond, along with any interest accrued to the Undersigned, Christopher A. Grillo, P.A., at the Southtrust Tower, One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33301.

WHEREFORE, for the foregoing reasons, the Defendant would pray this Honorable Court grant this Motion.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been provided to Kathleen Rice, c/o the Office of the United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33301, this 18th day of March, 2002.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
Southtrust Tower, Suite 700
1 East Broward Boulevard
Fort Lauderdale, FL 33301
(954) 524-1125

_____
CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661



Wed Nov 15 10:06:51 2000

UNITED STATES DISTRICT COURT

MIAMI          , FL

Receipt No.   401 520944
Cashier       liz

Tender Type   CHECK

Check Number: 23-391/102 303778299

Transaction Type   C

Case No./Def No.  0:99-CR-000000/   0

DO Code   Div No   Acct
4600      0        604700

Amount         $  10000.00

KEVIN THELEN, 1200 SE 11 ST, FT LAUD, FL
33316 (SSI#365662191)

00CR6313/WDF/10% CASH BOND/LSS/KEVIN THE
LEN

Wed Nov 15 10:06:51 2000

Check No. 23-391/102 303778299
Amount$ 10000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600

Ex. A



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6313-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA

v.

KEVIN C. THELEN
_____/

### ORDER

This matter is before the Court upon the Government's Motion To Revoke Bond. The Court, having reviewed the Petition by Pre Trial Services, and having heard the government's proffer, finds that the defendant has violated the conditions of bond. After careful consideration, it is hereby

ORDERED AND ADJUDGED the defendant, Kevin C. Thelen's bond is revoked.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this _15th_ day of March, 2002.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:  AUSA Kathleen Rice
     Chris Grillo, Esq.
     U.S. Marshal Service
     Gavin Churchill, Pre Trial Services

Ex. B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6313Cr-Ferguson

    Plaintiff,   JUDGE: FERGUSON

v.   MAG. SNOW

KEVIN THELEN,

    Defendant.

_____/

### AFFIDAVIT FOR ASSIGNMENT OF BOND

    I, , KEVIN THELEN, the Defendant in this matter, Social Security #365662191, hereby release all my interest in the Ten Thousand ($10,000.00) Dollars which I posted on November 15, 2000 with the Clerk, United States Federal Court as Ten (10%) percent of my One Hundred Thousand ($100,000.00) Dollar personal surety bond, under Check Number 23-391/102 303778299, Clerk's Receipt No. 401-520944, to Christopher A. Grillo, P.A.

    This bond is a result of charges pending against Kevin Thelen in the United States District Court, Southern District of Florida which include a violation of 18 U.S.C. 2251(a) and related charges.

    I am the only one who has interest in this money and I hereby turn over all interest to my attorney, CHRISTOPHER A. GRILLO, P.A. at One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33301. This assignment is non-revocable and I

Ex. C

hereby instruct the Clerk of the Court, United States District Court, Southern District of Florida to release to CHRISTOPHER A. GRILLO, P.A. the entire sum of money they are presently holding as soon as my charges are disposed of and they are released from liability as is appropriate to their business.

_____
KEVIN THELEN

STATE OF FLORIDA        )
COUNTY OF BROWARD  )

SWORN AND SUBSCRIBED before me this 5th day of February, 2001 by the aforementioned Affiant who is personally known to me, or who did produce identification, to wit: Known

NOTARY PUBLIC



NANCY C. LANGGOOD
MY COMMISSION # CC 809879
EXPIRES: 03/05/2001
1-800-3-NOTARY  Fla Notary Services & Bonding Co.



Wed Nov 15 10:06:51 2000

UNITED STATES DISTRICT COURT

MIAMI           , FL

Receipt No.   401 520944
Cashier           liz

Tender Type   CHECK

Check Number: 23-391/102 303778299

Transaction Type   C

Case No./Def No. 0:99-CR-000000/   0

DO Code     Div No      Acct
4600          0         604700

Amount           $  10000.00

KEVIN THELEN, 1200 SE 11 ST, FT LAUD, FL
33316 (SSI#365662191)

00CR6313/WDF/10% CASH BOND/LSS/KEVIN THE
LEN

Wed Nov 15 10:06:51 2000

Check No. 23-391/102 303778299
Amount$ 10000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600