FILED by _____ D.C.

MAY 03 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6313-CR-FERGUSON

UNITED STATES OF AMERICA

vs

MOTION FOR DISBURSEMENT OF BOND

KEVIN THELEN
_____/

  Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by __KEVIN THELEN__ in the amount of $ __10,000__ plus any accrued interest be refunded to:
__Christopher A. Grillo, Esq. One East Broward Boulevard, Suite 700 Ft. Lauderdale FL.__
(Payee and Mailing address for check)             33301.

  The beneficiary's social security or tax identification number is as follows:

__CHRISTOPHER A. GRILLO, P.A.__
(Name of Beneficiary)

__One East Broward Boulevard, #700__
(Address for mailing of Form 1099)

__Fort Lauderdale, Florida 33301__
(City)    (State)   (Zip)

__Fed. ID #59-2407640__
(SS or Tax Identification)

                 _(signature)_
              (Petitioner or Attorney)

Consented to by:
_(signature)_ , Assistant U. S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon
ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.
DONE AND ORDERED at __Broward County__, Florida, this __3rd__ day of ~~April~~ __May__, X# 2002

_(signature)_

cc: U. S. Attorney
  Petitioner/Counsel of Record
  Financial Deputy Clerk

62