UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. #00-6313Cr-Ferguson

    Plaintiff,  JUDGE: FERGUSON

v.

KEVIN THELEN,

    Defendant.

_____/

NIGHT BOX FILED
MAY 22 2002
CLARENCE MADDOX
CLERK, USDC/SDFL

### DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE

    COMES NOW the Defendant, KEVIN THELEN, by and through his Undersigned counsel, files this Motion to Continue his sentencing date, and as grounds for this Motion hereby submits the following:

    1. The above styled matter is scheduled for sentencing on May 24, 2002 at 9:00 a.m.

    2. Undersigned counsel just completed an eight (8) week first degree murder trial in the Seventeenth Judicial Circuit, and is considerably behind in his day to day practice.

    3. Undersigned counsel received the Defendant's Pre-Sentence Investigation Report and met with the Defendant to discuss it on Friday, May 17, 2002.

    4. Undersigned counsel would request a one (1) week postponement of the sentencing date so that he may complete and file the Defendant's objections to the pre-sentence investigation report, as well as the Defendant's acceptance of responsibility statement.

    5. The Defendant is currently housed at the Federal Detention Center awaiting sentencing, and has no objection to a brief postponement of his sentencing on the grounds



mentioned above.

6. Undersigned counsel has attempted to contact Assistant United States Attorney Kathleen Rice regarding her position on this matter, but at the filing of this motion was unable to speak with her.

WHEREFORE, for the foregoing reasons, the Defendant would ask this Honorable Court to postpone the sentencing in this matter for one (1) week, or for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Sentencing Date has been provided by facsimile to Kathleen Rice, c/o the U.S. Attorney's Office, 299 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, and to Kito Bess, c/o the U.S. Department of Probation, 299 E. Broward Boulevard, Suite 409, Fort Lauderdale, this __ day of May, 2002.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
Southtrust Tower, Suite 700
1 East Broward Boulevard
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661