FILED by _____ D.C.
MAY 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. #00-6313Cr-Ferguson

   Plaintiff,     JUDGE: FERGUSON

v.

KEVIN THELEN,

   Defendant.

_____/

### ORDER ON MOTION TO CONTINUE SENTENCING DATE

THIS CAUSE, having come before this Court on Defendant's Motion to Continue Sentancing Date, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said Motion to Continue Sentencing is hereby __GRANTED__. THE MATTER IS HEREBY RESET FOR FRIDAY, MAY 31, 2002 AT 11:00 A.M.

DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this 23RD day of May, 2002.

_____
WILKIE D. FERGUSON
DISTRICT COURT JUDGE

Copies furnished to:

Christopher A. Grillo, Esq.
Kathleen Rice, AUSA