SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 31 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6313-CR-FERGSUON

DEFENDANT KEVIN THELEN           JUDGE WILKIE D. FERGUSON JR.,

Deputy Clerk Karen Gardner       DATE May 31, 2002

Court Reporter Carly Horenkamp   USPO Kito Bess

AUSA Kathleen Rice               Deft's Counsel Christopher Grillo, Esq.,

COUNTS DISMISSED 1, 2, 4 & 5

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

(Imprisonment)
| Years | Months | Counts |
|---|---|---|
| ___ | 108 | 3 |

(Supervised Release)
~~Probation~~
| Years | Months | Counts |
|---|---|---|
| 3 | ___ | 3 |

Comments Testimony of one witness for the defense. Special conditions: 1) Mental health/Drug Abuse program upon evaluation (2) No Self-Employment without prior approval (3) No unsupervised contact minors under 18 or with the victims (4) No employment requiring contact with minor under 18 (5) No involvement with youth organizations (6) Participation in sex offender program (7) No sale or exchange etc of visual depictions of minors or adults engaged in sexually explicit conduct. (8) No correspondence or communication with individuals or companies offering to buy, sell etc sexually explicit material. (9) Defendant shall not possess or use a computer with online access.

Assessment $ 100.00              Fine $ 0

Restitution /Other _____

__X__ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

**Commitment Recommendation:** South Florida Facility - with a drug treatment program.

65