UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. #00-6313Cr-Ferguson

    Plaintiff,                                    JUDGE:   FERGUSON

v.



FILED by _____ D.C.
INTAKE

JUN 2 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

KEVIN THELEN,

    Defendant.

_____/

## MOTION TO VACATE REVOCATION ORDER

COMES NOW the Defendant, by and through his Undersigned counsel, requests this Honorable Court vacate the revocation order in this matter, and as grounds for this Motion would submit as follows:

1. The Defendant was arrested and subsequently posted ten percent ($10,000.00) of a One Hundred Thousand ($100,000.00) Dollar personal surety bond on November 15, 2000.

2. On February 15, 2002 the Defendant executed an Assignment of Bond, assigning the monies to Undersigned Counsel as partial payment of his legal fee. (Assignment attached hereto)

3. The Defendant remained on bond until he was arrested on a new matter in the State jurisdiction, Seventeenth Judicial Circuit, in January of this year.  At that time this Court revoked the Defendant's bond.

4. This Court granted Undersigned Counsel's Motion for Disbursement of Bond on May 3, 2002, and said Order is currently being held by the Clerk of the Court, Financial Department, pending a resolution of the revocation issue.  (Motion and Order attached hereto)

5. The Defendant was sentencing by this Honorable Court on May 31, 2002 and is presently in custody serving his sentence.

6. Undersigned counsel would therefore request this Court issue an Order Vacating the



Revocation Order for the sole purpose of securing the release of the bond money to Undersigned

Counsel. Undersigned counsel would also request that this Court order that these funds not be

subject to forfeiture.

7. Undersigned counsel has been contacted by AUSA Kathleen Rice who has no objection

to this motion on the aforementioned grounds.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been provided to the Office

of the United States Attorney, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida,

33301, this _____ day of June, 2002.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661

FILED by _____ D.C.

MAY 0 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs

KEVIN THELEN _____ /

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6313-CR-FERGUSON

**MOTION FOR DISBURSEMENT OF BOND**

    Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by KEVIN THELEN in the amount of $ 10,000 plus any accrued interest be refunded to:
Christopher A. Grillo, Esq. One East Broward Boulevard, Suite 700 Ft. Lauderdale FL.
(Payee and Mailing address for check)                                                      33301.

    The beneficiary's social security or tax identification number is as follows:

CHRISTOPHER A. GRILLO, P.A.
(Name of Beneficiary)

One East Broward Boulevard, #700
(Address for mailing of Form 1099)

Fort Lauderdale, Florida    33301
(City)              (State)         (Zip)

Fed. ID #59-2407640
(SS or Tax Identification)

_____
(Petitioner or Attorney)

Consented to by:

_____ ,Assistant U. S. Attorney

                    O R D E R
    In consideration of the foregoing motion, it is thereupon
    ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.
    DONE AND ORDERED at Broward County        ,Florida, this 3RD
day of April  May        ,XX 2002

_____

cc: U. S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. #00-6313Cr-Ferguson

     Plaintiff,                                JUDGE:   FERGUSON

v.                                            MAG. SNOW

KEVIN THELEN,

     Defendant.

_____/

## AFFIDAVIT FOR ASSIGNMENT OF BOND

I, , KEVIN THELEN, the Defendant in this matter, Social Security #365662191,

hereby release all my interest in the Ten Thousand ($10,000.00) Dollars which I posted

on November 15, 2000 with the Clerk, United States Federal Court as Ten (10%) percent

of my One Hundred Thousand ($100,000.00) Dollar personal surety bond, under Check

Number 23-391/102 303778299, Clerk's Receipt No.  401-520944, to Christopher A.

Grillo, P.A.

     This bond is a result of charges pending against Kevin Thelen in the United States

District Court, Southern District of Florida which include a violation of 18 U.S.C.

2251(a) and related charges.

     I am the only one who has interest in this money and I hereby turn over all interest

to my attorney, CHRISTOPHER A. GRILLO, P.A.  at One East Broward Boulevard,

Suite 700, Fort Lauderdale, Florida, 33301.  This assignment is non-revocable and I

hereby instruct the Clerk of the Court, United States District Court, Southern District of

Florida to release to CHRISTOPHER A. GRILLO, P.A. the entire sum of money they

are presently holding as soon as my charges are disposed of and they are released from

liability as is appropriate to their business.

KEVIN THELEN

STATE OF FLORIDA            )
COUNTY OF BROWARD     )

SWORN AND SUBSCRIBED before me this 5th day of February, 2001 by the

aforementioned Affiant who is personally known to me, or who did produce

identification, to wit: Known

NOTARY PUBLIC

NANCY C LANGGOOD
MY COMMISSION # CC 809879
EXPIRES: 03/05/2001
1-800-3-NOTARY    Fla Notary Services & Bonding Co

OFFICIAL CHECK

FIRST UNION

Issued By Integrated Payment Systems Inc., Englewood, Colorado
KeyBank National Association, Denver, Colorado

Issued by

Purchaser

BR#

Pay to
the order of

Date

$

Dollars

CUSTOMER COPY

NON NEGOTIABLE
Retain this copy. Serial No. required for any further inquiry.

23-391
1020

303778299

Wed Nov 15 10:06:51 2000

UNITED STATES DISTRICT COURT

MIAMI          , FL

Receipt No.    401 520944
Cashier        liz

Tender Type  CHECK

Check Number: 23-391/102 303778299

Transaction Type   C

Case No./Def No. 0:99-CR-000000/   0

DQ Code     Div No       Acct
4600        0            604700

Amount         $  10000.00

KEVIN THELEN, 1200 SE 11 ST, FT LAUD, FL
33316 (SSI#365662191)

00CR6313/WDF/10% CASH BOND/LSS/KEVIN THE
LEN

Wed Nov 15 10:06:51 2000

Check No. 23-391/102 303778299
Amount$ 10000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600