

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6313Cr-Ferguson

    Plaintiff,   JUDGE:   FERGUSON

v.

KEVIN THELEN,

    Defendant.
_____/

### ORDER TO VACATE REVOCATION ORDER

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Vacate Revocation Order, and the Court being otherwise fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED that said Motion is hereby GRANTED and.

IT IS FURTHER ORDERED that the revocation order shall be vacated to the extent that the bond monies assigned to Christopher A. Grillo shall be released forthwith and not subject to forfeiture. An order of disbursement was entered on May 3, 2002.

DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this 19TH day of ~~June~~ JULY, 2002.

_____
WILKIE D. FERGUSON
DISTRICT COURT JUDGE

Copies furnished to:

Christopher A. Grillo
United States Attorney's Office

