UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA
    Respondant,

V.S.

KEVIN C. THELEN
    Defendant,

CASE NO. 00:6313 CR 98-24018
00-CR-6313 WDF
CFICA-0013035 CF10
00-688 CF10

SS# 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
DOB 3-12-57

MOTION TO TRANSPORT TO FEDERAL JURISDICTION PER PLEA Agreement. MOTION TO ENFORCE FEDERAL SENTENCE WHICH WAS TO BE SERVED BEFORE THE DEFENDANTS STATE SENTENCE. §§ 18 U.S.C. under UNITED STATES CODE § 1-8 & U.S.C. Constitution Amend (5)

Comes, Now the Defendant KEVIN C. THELEN PROSE, AND IN ACCORDANCE with the Plea Agreement That was Stipulated and Approved by the Honorable Judge Ferguson on JUNE 6, 02 IN CAMERA.

THE DEFENDANT FILES THIS MOTION IN EFFORTS TO HAVE THE HONORABLE COURT TO DIRECT THE UNITED STATES MARSHAL SERVICE TO TRANSPORT HIM TO THE BUREAU OF PRISONS PER THE STIPULATED PLEA AGREEMENT.

69

## FACTS

THE DEFENDANT WOULD STATE THAT ALL PARTIES DID Agree that the DEFENDANTS SENTENCE WOULD BE SERVED FIRST AND THAT THE STATE SENTENCE would Run Concurrently with the FEDERAL SENTENCE. HOWEVER, the Defendant WAS TRANSPORTED TO THE DEPARTMENT OF CORRECTIONS TO begin Serving the STATE SENTENCE. STATE AUTHORITIES WERE NOTIFIED THAT THEY WERE TO NOTIFY THE U.S. MARSHALS IMEDIATEly upon being Sentenced in STATE COURT SO THAT FEDERAL AUTHORITIES COULD ASSUME CUSTODY AND THEREAFTER. the DEFENDANT WOULD BE TRANSPORTED TO THE BUREAU OF PRISONS to begin Serving the federal Sentence which WAS IMPOSED on 6 JUNE 2002. THE DEFENDANT WOULD STATE that this Violates the PlEA Agreement that was agreed upon under § 18 U.S.C. UNITED STATES CODE.

It may very well be a Error in the Communication between federal and STATE of fLORIDA Authorities, However, the Error only affects the Defendant. I would loose Substantial gain time, be classified at a lower Custody and be denied certain rehabilitational programs. THE INterstate Agreement on Detainers ACT STRICTly prohibits Jurisdictions from NOT carring out I.A.D.A. Rules which state that when a Prisoner has reached upon a term of imprisonment and their exist OUTSTANDING Criminal matters which MUST BE Addressed that the Jurisdiction which is incarcerating the Prisoner MUST Comply when requested by the DEFendant TO DISPOSE OF OUTSTANDING cases or legal ISSUES that may arise. In the present cause a legal ISSUES arrises in that the Defendant needs to be transported back to the federal Jurisdiction which imposed its sentence before the State Sentence

(2)

Currently the Defendant is being Housed at the <u>Gulf Correctional Institution</u> in the City of <u>Wewachitchka, Florida 32465</u>. D.C. No. <u>B01002</u>

THE DEFENDANT WOULD REQUEST THAT THE HONORABLE COURT ISSUE A TRANSPORT ORDER, ORDER THE U.S. MARSHALLS TO TRANSPORT THE DEFENDANT TO THE BUREAU of PRISONER to begin Serving the FEDERAL SENTENCE THAT WAS IMPOSED on 6 JUNE 02, AND Enforce the FEDERAL SENTENCE WHICH WAS TO BE SERVED BEFORE THE STATE SENTENCE (PER) THE STIPULATED AND AGREED PLEA Agreement by the UNITED STATES Assistant ATTORNEY, DEFENDANT AND THIS HONORABLE COURT.

WHERE FORE, THE DEFENDANT KEVIN C. THELEN Respectfully Request THE HONORABLE COURT TO ACT WITHIN the Agreed upon PLEA Agreement, ORDER THE FEDERAL SENTENCE TO BE ENFORCED and ORDER THE UNITED STATES MARSHALS SERVICE TO TRANSPORT THE DEFENDANT TO THE BUREAU OF PRISON TO begin Serving the FEDERAL SENTENCE IMPOSED ON <u>6 JUNE 2002</u>.

Respectfully Submitted
KEVIN C. THELEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING "MOTION TO TRANSPORT TO FEDERAL JURISDICTION PER PLEA Agreement, AND "MOTION TO ENFORCE THE FEDERAL SENTENCE WHICH WAS TO BE SERVED BEFORE THE DEFENDANTS STATE SENTENCE" WAS AND HAS been FURNISHED by U.S. MAIL on this 24th day OF APRIL 2003 to the Following:

UNITED STATES ATTORNEY'S OFFICE
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. Lauderdale Division

KEVIN C. THELEN
D.C. # B01002
Gulf Correctional Inst.
WEWAChiTCHKA, FLA.
32465