UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6313-CR-FERGUSON

FILED BY _____ D.C.

2003 JUN 23 AM 8:44

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN C. THELEN,

    Defendants.
_____/

### CLERK'S ORDER OF JUDICIAL OFFICER REASSIGNMENT OF A CLOSED CASE

The above referenced case, which was initially assigned to the Honorable Wilkie D. Ferguson, is closed but has pending motions or other matters extant. Pursuant to Section 2.10.00 of the Court Policy Manual and the Local Rules of this Court, providing for the random and equal allotment of cases, all parties to this action are noticed as follows

    1. The above-styled case is hereby reassigned to the calendar of ADALBERTO JORDAN, United States District Judge for all further proceedings;

    2. That the magistrate assignment is changed to Magistrate Judge BROWN, who is paired with the assignee District Court Judge pursuant to Administrative Order 2002-2 2002-12 and 2002-58; and

    3. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officers as follows:

**00-6313-CR-JORDAN/BROWN**

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.5.

    DONE at the Federal Courthouse Square, Miami, Florida, this 23rd day of June, 2003.

CLARENCE MADDOX,
Court Administrator / Clerk of Court

By: _____
Deputy Clerk

c:    U.S. District Judge JORDAN
    Magistrate Judge BROWN
    All counsel of record/pro se parties

