UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6313-CIV-JORDAN
CR

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| vs. ) | FILED by |
| ) | JUL - 7 2003 |
| KEVIN THELEN ) | CLARENCE MADDOX |
| ) | CLERK U.S. DIST. CT. |
| | S.D. OF FLA. - MIAMI |

## ORDER

This case was reassigned to me following the death of Judge Ferguson. Now pending is Keven Thelen's post-judgment motion to be transported to a federal prison facility and to enforce the plea agreement [D.E. 46]. There is nothing in the text of the plea agreement or in Judge Ferguson's judgment and commitment order which says that Mr. Thelen is to serve his federal sentence first in a federal facility or that the federal sentence is to run concurrently to a later-imposed state sentence. Nevertheless, I do not rule on the merits of the motion at this time.

Instead, pursuant to the suggestion of the government, and as explained in *Castro v. United States*, 290 F.3d 1270, 1274-75 (11th Cir. 2002), Mr. Thelen is hereby advised that he may choose one of the following options: (1) he may choose to have the motion ruled upon as filed (in other words, not converted or recharacterized as a motion under 28 U.S.C. § 2255); (2) he may choose to have the motion converted or recharacterized as a motion under § 2255 as some courts have done – see *United States v. Donahue*, 1995 WL 729564, *1 (10th Cir. 1995) and *Bemis v. United States*, 30 F.3d 220, 221 (1st Cir. 1994) – but then generally lose the ability to file a successive (or subsequent) motion under § 2255; or (3) he may voluntarily dismiss this motion and then file an all-inclusive motion under § 2255. This third option may not be an attractive one to Mr. Thelen because he was sentenced on June 18, 2002, and the one-year period for filing a § 2255 motion may have already expired.

Mr. Thelen has until July 28, 2003, to notify the court of his choice. If Mr. Thelen fails to make an election, I will rule on the motion as it has been filed (option number 1).

Done and ordered in chambers at Miami, Florida, this 7th day of July, 2003.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge White, AUSA Jeffrey Sloman, and Kevin Thelen (#B01002, Gulf Correctional Institution, Wewachitchka, Florida 32465)