UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6313-CR-JORDAN (FERGUSON)

| UNITED STATES | ) |
| --- | --- |
| | ) |
| vs. | ) |
| | ) |
| KEVIN THELEN | ) |
| | ) |

FILED by _AH_ D.C.

AUG - 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA

### ORDER DENYING MOTION TO TRANSPORT TO FEDERAL JURISDICTION

This case was assigned to me following Judge Ferguson's death. Currently pending is Kevin Thelen's motion to be transported to federal custody so that he can serve his 9-year federal sentence in federal custody concurrently with a subsequently-imposed 14-year state sentence.

Mr. Thelen's motion [D.E. 69] is DENIED. Although Mr. Thelen says that he and the government agreed – in the plea agreement – to the order in which the sentences were going to be served, the plea agreement says no such thing [D.E. 57]. Neither does the judgment and commitment order signed by Judge Ferguson [D.E. 66]. In short, the record belies Mr. Thelen's claim that the federal sentence imposed by Judge Ferguson was to run concurrently with a state sentence that would be imposed 10 months later.

Done and ordered in chambers at Miami, Florida, this 4th day of August, 2003.

_Adalberto Jordan_
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge Patrick White, AUSA Jeffrey Sloman, and Kevin Thelen (pro se)

